OPINION — AG — ** CANDIDATE -VOTE — CHANGE IN PARTY ** QUESTION: CAN A CITIZEN, LEGALLY ENTITLED OTHERWISE, WHO HAS NOT VOTED IN ANY ELECTION FOR A NUMBER OF YEARS AND BEEN LEGALLY CANCELLED OUT; CAN THAT PERSON, LEGALLY QUALIFIED IN ALL OTHER WAYS, NOW REGISTER AS A DEMOCRAT, AND VOTE IN THIS PRIMARY ? — SEE OPINION (CHANGE OF POLITICAL PARTY, EXPIRED REGISTRATION) CITE: 26 O.S. 78 [26-78] 26 O.S. 79 [26-79], 26 O.S. 87 [26-87], 26 O.S. 94.1 [26-94.1] (RICHARD M. HUFF)